No. 17,284.

NESS *v.* MOSS ET AL.
(274 P. [2d] 97)

Decided July 19, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CLARENCE L. BARTHOLIC, Mr. WESLEY W. FORSYTH, for plaintiff in error.

Messrs. SHUTERAN, ROBINSON & HARRINGTON, Mr. RICHARD L. BANTA, JR., for defendants in error.